## PROPOSED ORDER/COVER SHEET

**FILED**

FEB 1 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**TO:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**RE:** KATHERINE DELARIVA

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** 4-06-70053-WDB

**DATE:** February 9, 2006

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                    (510)637-3752
**U.S. PRETRIAL SERVICES OFFICER**          **TELEPHONE NUMBER**

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:
I order Ms. Delariva to continue to abide by the conditions set by Judge James and to appear in the federal court in Arizona on 2/16/06

**JUDICIAL OFFICER**          **DATE** 2-10-06

**Cover Sheet** (12/03/02)